PEOPLE'S SECURITIES, INC. *v.* RICHARD
RIZZARDI ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

*Wesley W. Horton* and *Alexandra Davis,* in support of the petition.

*Thomas W. Witherington,* in opposition.

Decided June 6, 1989

HENRY F. HEALY, JR., HIGH SHERIFF OF THE COUNTY
OF NEW HAVEN *v.* FREEDOM OF INFORMATION
COMMISSION ET AL.

The defendant Freedom of Information Commission's petition for certification for appeal from the Appellate Court, 18 Conn. App. 212, is denied.

*Victor R. Perpetua,* commission counsel, in support of the petition.

*Henri Alexandre,* assistant attorney general, in opposition.

Decided June 6, 1989

STATE OF CONNECTICUT *v.* RICHARD BOUTWELL

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 273, is denied.

*Arthur Meisler* and *Pamala J. Favreau,* law student intern, in support of the petition.

*Carolyn K. Longstreth,* deputy assistant state's attorney, in opposition.

Decided June 6, 1989